UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60032-CR-COHN/SELTZER

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

PIVITON POSLIGUA GILER,
        Defendant.
_____:

ORDER TO SUPPRESS EVIDENCE AND STATEMENTS AND MEMORANDUM OF LAW

THIS MATTER came before the court upon the defendant's Motion to Suppress Evidence and Statements and Memorandum of Law. After carefully considering the motion, it is

ORDERED AND ADJUDGED that the motion is hereby GRANTED. The trial is hereby reset to _____.

DONE AND ORDERED at Fort Lauderdale, Florida this ____ day of April, 2017.

                                        _____
                                        JAMES COHN
                                        UNITED STATES DISTRICT JUDGE

cc:    Timothy Day, AFPD
        Scott Behnke, AUSA